WILLIAM D. O'CONNOR, an Infant, by HANORA O'CONNOR, His Guardian ad Litem, Respondent, v. RICHARD WEBBER, JR., and WILLIAM WEBBER, Copartners, etc., Appellants. PATRICK W. O'CONNOR, Respondent, v. RICHARD WEBBER, JR., and WILLIAM WEBBER, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

GEORGE OLEJARCZYK, as Administrator, etc., Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

ALEDA S. PHINNY, Individually and as Administratrix, etc., of CHARLES M. PHINNY, Deceased, Respondent, v. GEORGE T. HAY and FREDERICK C. LOCKHART, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CHICKARELLA, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. HAZEL, Appellant, v. THE DEPARTMENT of HEALTH OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

TERRACE REDDIN, Appellant, v. ADAMS LAUNDRY MACHINE COMPANY, Respondent.— Judgment of the Appellate Term reversing the judgment of the Third District Municipal Court of the City of New York, and directing dismissal of the complaint, affirmed, with costs, on both grounds assigned by the Appellate Term, namely, that the vendor did not retake the property until about November 5 or 6, 1915, and that neither the chattel mortgagee nor the plaintiff as his assignee was such a " successor in interest " of the vendee as the vendor was required to serve with notice of sale under section 66 of the Personal Property Law.* Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.